IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:06CV101

| | |
|---|---|
| MICHAEL GAMBLE,<br><br>　　Plaintiff,<br><br>v.<br><br>JET CORR, INC.,<br><br>　　Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the consented to "Motion for Voluntary Dismissal" (Document #7) filed October 2, 2006 by Plaintiff. The Court **GRANTS** the Motion for Voluntary Dismissal and dismisses this action without prejudice.

　　　　　　　　　　　　　　　　Signed: October 4, 2006

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　David C. Keesler
　　　　　　　　　　　　　　　　United States Magistrate Judge